UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>KERRY THOMAS CASSELL,<br><br>Debtor | Case No. 22-30193-JCW<br>Chapter 7 |

MOTION OF A. BURTON SHUFORD, CHAPTER 7 TRUSTEE TO COMPEL TURNOVER OF ACCOUNT FUNDS AS PAYMENTS BECOME DUE

NOW COMES, A. Burton Shuford, Chapter 7 Trustee (the "**Trustee**"), by and through his undersigned counsel, and hereby moves this Court for entry of an order directing Bank of America Corporation ("**BOA**") to turnover funds in a non-qualified deferred compensation plan account of Kerry Thomas Cassell (the "**Debtor**") held at BOA. In support thereof, he shows the Court as follows:

1. On April 29, 2022 (the "**Petition Date**"), the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code thereby creating a bankruptcy estate (the "**Estate**"). A. Burton Shuford was appointed Trustee herein and is duly qualified in acting as Trustee of the Estate.

2. Among the assets of the Estate, pursuant to Section 541 of the Bankruptcy Code, is the Debtor's interest in the Bank of America Deferred Compensation Plan (f/k/a Bank of America 401(k) Restoration Plan), as amended (the "**Plan**"), which is a non-qualified deferred compensation plan.

3. The Plan by its terms provides that the Debtor is entitled to periodic distributions beginning in February, 2023 and continuing through February, 2028 (the "**Plan Distributions**").

4. The Plan Distributions should be paid to the Estate.

5. The Estate is entitled to an order requiring BOA to make each Plan Distribution, as it comes due and payable under the terms of the Plan, to "A. Burton Shuford, Trustee".

6. BOA, through counsel, has indicated that it will accept direction from this Court with respect to direction of payment, and will otherwise follow all required tax reporting and withholding associated with paying funds to the Estate.

WHEREFORE, the Trustee respectfully requests that this Court enter an order directing BOA to make each Plan Distribution payable to A. Burton Shuford, Trustee and for such other and further relief as is just and proper.

This the 1st day of December, 2022.

/s/ A Burton Shuford
A. Burton Shuford, NCBN 10035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000; bshuford@abshuford.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>KERRY THOMAS CASSELL,<br><br>Debtor | Case No. 22-30193-JCW<br>Chapter 7 |

## NOTICE OF MOTION OF A. BURTON SHUFORD, CHAPTER 7 TRUSTEE TO COMPEL TURNOVER OF ACCOUNT FUNDS AS PAYMENTS BECOME DUE AND NOTICE OF HEARING

A. Burton Shuford, Trustee, through his attorney, has filed papers with the Court as described above. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

A hearing will be held to consider this Motion on **January 9, 2023 at 9:30 AM** at the United States Federal Courthouse, Courtroom 2B, 401 W. Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given.

**All interested parties may attend and be heard. If you do not oppose this Motion, you do not have to attend.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

This the 1st day of December, 2022.

/s/ A Burton Shuford
A. Burton Shuford, NCBN 10035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000; bshuford@abshuford.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>KERRY THOMAS CASSELL,<br><br>　　　　　　　　　　Debtor | Case No. 22-30193-JCW<br>Chapter 7 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the **MOTION OF A. BURTON SHUFORD, CHAPTER 7 TRUSTEE TO COMPEL TURNOVER OF ACCOUNT FUNDS AS PAYMENT BECOME DUE AND NOTICE OF HEARING** by either Electronic Case Filing or Facsimile or by depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the parties listed below:

| | |
|---|---|
| Shelley K. Abel, U.S. Bankruptcy Administrator | Via Electronic Case Filing |
| Heather W. Culp, Counsel for Debtor | Via Electronic Case Filing |
| Kerry Thomas Cassell<br>2940 Sharon View Road<br>Charlotte, NC  28210 | Adam M. Meehan<br>Counsel for Bank of America Corporation<br>Smith & Downey, P.A.<br>320 E. Towsontown Blvd, Suite 1 East<br>Baltimore, MC  21286 |

This the 1st day of December, 2022.

/s/ A Burton Shuford
A. Burton Shuford, NCBN 10035
Attorney for the Trustee
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000; bshuford@abshuford.com